Order issued: December 3 , 2012                                    005152



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00594-CV

S. AMINAH N. MOMIN AND ALL OTHER OCCUPANTS OF
714 LONE RIDGE WAY, MURPHY, TEXAS 75094, Appellants

V.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST
TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00771-2012**

## ORDER

By order dated September 24, 2012, the Court ordered Denise Condran, Official Court Reporter

for the County Court at Law No. 3 of Collin County, Texas, to file either: (1) the reporter's record; (2)

written verification that no hearings were recorded; or (3) written verification that appellant has not

requested or made payment arrangements for the record. As of today's date, we have not received either

the reporter's record or written notification regarding request or payment.

Accordingly, we again **ORDER** Denise Condran to file one of the items listed above **WITHIN**

**SEVEN DAYS OF THE DATE OF THIS ORDER.** *If the Court does not receive the requested*

*documentation within seven days of the date of this order, the Court will order that Denise Condran not*

*sit as a court reporter until she files either the reporter's record or written notification regarding request or payment.* We notify appellants that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Condran, appellants, and all counsel of record.

ELIZABETH LANG-MIERS
JUSTICE